**PRECILIANO MARTINEZ**
**ATTORNEY AT LAW**
State Bar No. 93253
1120 14th Street, Suite 5
Modesto, California 95354
PHONE: (209) 579-2206
FAX: (209) 579-2211
EMAIL: attymartinezp@yahoo.com

ATTORNEY FOR Defendant,
Artemio Avila

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18CR-00156-DAD-BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |
| Artemio Avila, | |
| Defendant. | |

**TO:  THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

It is hereby stipulated between the United States of America, by and through its representative, Vincenza Rabenn and the Defendant, Artemio Avila, by and through his attorney of record, Preciliano Martinez that release condition #7(K) which requires the Defendant to participate in the Location Monitoring program with a curfew from 8:00 p.m. to 3:00 a.m. be modified to a curfew extension on August 24, 2019 through August 25, 2019 until 2:00 a.m.

All other conditions shall remain in full force and effect.

United States Pretrial Services Officer Alicia Mirgain has advised defense counsel that she does not oppose the modification of Mr. Avila's release conditions to allow a later curfew time.

1 | Mr. Avila has a pre-planned quinceanera for his daughter Blanca Avila occurring at 4306 Santa Fe Avenue, Hughson, California 95326, Stanislaus County on Saturday, August 24, 2019, from 2:00 p.m. to 2:00 a.m on August 25, 2019.

Ms. Mirgain requests that Mr. Avila first obtain permission from the Court to allow the curfew change and comply with any restrictions that Pretrial Services may impose on such travel.

Accordingly, the parties agree and stipulate that Mr. Avila's conditions of release should be modified as follows: Mr. Avila shall be allowed to attend his daughter quinceanera, and be permitted to be out of his home until 2:00 a.m. on August 25, 2019 with the advance permission of, and as directed by, Pretrial Services.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED: 7/19/ 2019     By: */s/Vincenza Rabenn*
VINCENZA RABENN
Assistant United States Attorney


DATED: 7/19/ 2019     By: */s/Preciliano Martinez*
Preciliano Martinez
Attorney for Defendant Artemio Avila

## **ORDER**

For reasons set forth above, the Defendant's conditions of pretrial release shall be modified as follows: The Defendant shall be permitted to be outside of his home on **Saturday, August 24, 2019 until 2:00 a.m. on August 25, 2019** with the advance permission of, and as directed by, Pretrial Services. All other conditions shall remain in effect.

IT IS SO ORDERED.

Dated: __**July 23, 2019**__                    /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE