PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th Street, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax
office@percymartinez-law.com

Attorney for Defendant
Artemio Avila

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00156-DAD-BAM-1 |
| Plaintiff, | |
| vs. | REQUEST FOR RECONVEYANCE AND ORDER |
| Artemio Avila, | |
| Defendant. | |

I, PRECILIANO MARTINEZ, declare as follows:

1. On March 20, 2019, Artemio Avila and Zulma Avila, recorded and executed Deed of Trust (Short Form), for a property bond in the amount of $171,513.73.

2. Mr. Artemio Avila surrendered on January 6, 2021, and is currently housed at LOMPOC USP.

3. Wherefore, request is hereby made that the property be reconveyed.

Dated:  1/28/2021                                             Respectfully Submitted,

                                                                          /S/ PRECILIANO MARTINEZ
                                                                          PRECILIANO MARTINEZ

1

## **ORDER**

IT IS HEREBY ORDERED that the following property be reconveyed:

Deed Document Number: DOC-2019-0016641-00, dated Wednesday March 20, 2019 in the name of Artemio Avila and Zulma Avila.

IT IS SO ORDERED.

Dated: **January 28, 2021**

_____
UNITED STATES DISTRICT JUDGE