PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th Street, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax
office@percymartinez-law.com

Attorney for Defendant
Artemio Avila

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00156-DAD-BAM-1 |
| Plaintiff, | |
| vs. | REQUEST FOR RECONVEYANCE AND ORDER |
| Artemio Avila, | |
| Defendant. | |

I, PRECILIANO MARTINEZ, declare as follows:

1. On March 19, 2019, Fidencio Jimenez, recorded and executed Deed of Trust (Short Form), for a property bond in the amount of $540,000.00.

2. Mr. Artemio Avila surrendered on January 6, 2021, and is currently housed at LOMPOC USP.

3. Wherefore, request is hereby made that the property be reconveyed.

Dated:  1/28/2021                                                      Respectfully Submitted,


                                                                        /S/ PRECILIANO MARTINEZ
                                                                        PRECILIANO MARTINEZ

**ORDER**

    IT IS HEREBY ORDERED that the following property be reconveyed:

Deed Document Number:  DOC-2019-0016311-00, dated Tuesday March 19, 2019 in the name of Fidencio Jimenez.

IT IS SO ORDERED.

    Dated:  **January 28, 2021**                                      /s/ Dale A. Drozd
                                                             UNITED STATES DISTRICT JUDGE